IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CYNTHIA STARNES, et al.,

    Plaintiffs,

vs.

CFA, INC,

    Defendant.

Case No. 15-cv-165-SMY-DGW

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the Order entered on March 22, 2016 (Doc. [44]), this case is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is DIRECTED to close this case.

**DATED:  March 23, 2016**

    **JUSTINE FLANAGAN, Acting Clerk of Court**

    **By: s/ Kailyn Kramer, Deputy Clerk**

**Approved:**    **s/ Staci M. Yandle**
                  **STACI M. YANDLE**
                  **DISTRICT JUDGE**